**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director



*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

December 12, 2019

BY ECF

The Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, NY 10007

DEC 1 6 2019

SO ORDERED

The status conference is adjourned from December 18, 2019 to January 16, 2020 at 10:00 a.m.

HON. GEORGE B. DANIELS

    Re: **United States v. Joel Davis**
        **18 Cr. 685 (GBD)**

Dear Judge Daniels:

The defense writes to respectfully request the adjournment of the status conference scheduled for this case on December 18, 2019. The Government consents to this request. The Government and defense are in agreement in principle on a plea disposition and expect the next Court date to be Mr. Davis's plea. We respectfully request January 7, 2020 or January 16, 2020 as the date to schedule that plea allocution. The defense consents to waive speedy trial time during this adjournment.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSAs Matthew Hellman, Esq. & Julie Murray, Esq.