# Federal Defenders
## OF NEW YORK, INC.

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 30 2020

March 27, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

MAR 3 0 2020

SO ORDERED

The May 7, 2020 sentencing is adjourned to July 8 2020 at 10:00 a.m.

*George B. Daniel*
HON.

Re: **United States v. Joel Davis**
18 Cr 685 (GDB)

Dear Judge Daniels:

I write with the consent of the Government to request an adjournment of Mr. Davis's sentencing currently scheduled for May 7, 2020 until the last week of June. In light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19 and because I live a member of the vulnerable population, this adjournment is appropriate. Also, Mr. Davis's parents will be unable to fly in May due to the virus and wish to be present for his sentencing. Thank you for your consideration and please stay safe during this trying time.

Yours Sincerely,

Ian P. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733