UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JOEL DAVIS,

                         Defendant.
------------------------------------- x

ORDER

18 Crim. 685 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request to adjourn sentencing (ECF 34) is GRANTED. Defendant's sentencing is adjourned from July 8, 2020 to November 4, 2020 at 10:00 am.

Dated: New York, New York
       May 28, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge