**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 11, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joel Davis**
      18 Cr 685 (GDB)

Dear Judge Daniels:

    I write with the consent of the Government to that the Court move Mr. Davis's sentencing, currently scheduled for November 4, 2020 up by one week to the week of October 26, 2020. The defense is available any day that week except Wednesday, October 28, 2020. Thank you for your consideration.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733