**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 11, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **United States v. Joel Davis**
      18 Cr 685 (GDB)

Dear Judge Daniels:

  After conferring with chambers and the Government, I write with the consent of the Government to request that the Court move Mr. Davis's sentencing, currently scheduled for November 4, 2020 up by two weeks to the week of October 19, 2020. The defense is available any day that week. Thank you for your consideration.

              Yours Sincerely,

              Ian H. Marcus Amelkin
              Assistant Federal Defender
              Federal Defenders of New York
              Tel: (212) 417-8733