USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 17 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JOEL DAVIS,

                             Defendant.

------------------------------------- x

ORDER

18 Crim. 685 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is rescheduled from November 4, 2020 to October 21, 2020 at 10:00 am. Accordingly, the Clerk of Court is directed to close Defendant's motions at ECF Nos. 36 and 37.

Dated: New York, New York
       June 16, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge