**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 24, 2020

**BY ECF**

The Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   **United States v. Joel Davis**
             **18 Cr. 685 (GBD)**

Dear Judge Daniels:

    The defense writes with the consent of the Government to respectfully request the adjournment of Mr. Davis's sentencing, currently scheduled for October 21, 2020, for at least 60 days. We hope to ensure that at least one of Mr. Davis's family members is able to be present for his sentencing which is still not possible due to the COVID-19 pandemic.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:    AUSAs Matthew Hellman, Esq. & Julie Murray, Esq.