**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 12, 2021

**BY ECF**

The Honorable George B. Daniels
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:  **United States v. Joel Davis**
           **18 Cr. 685 (GBD)**

Dear Judge Daniels:

    The defense writes with the consent of the Government to respectfully request the adjournment of Mr. Davis's sentencing, currently scheduled for May 5, 2021 to the week of June 17 or 24, 2021. I will be out of the office in May 2021, returning in early June.

    I thank the Court for its consideration of this request.

                              Respectfully submitted,

                              /s/

                            Ian Marcus Amelkin
                            Assistant Federal Defender
                            52 Duane Street, 10th Floor
                            New York, NY 10007
                            (212) 417-8733

cc:    AUSAs Matthew Hellman, Esq. & Julie Murray, Esq.