UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOEL DAVIS,

                                    Defendant.
------------------------------------------------------------X

ORDER

18 Crim. 685 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant's sentencing is adjourned from May 5, 2021 to June 16, 2021 at 10:00 AM.

Dated: New York, New York
       April 13, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge