UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

JOEL DAVIS,

                            Defendant.
------------------------------------- x

ORDER

18 Crim. 685 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is rescheduled from June 16, 2021 to June 22, 2021 at 9:00 am.

Dated: New York, New York
       June 2, 2021

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge