UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOEL DAVIS,

Defendant.

**Order of Restitution**

S1 18 Cr. 685 (GBD)

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Matthew J.C. Hellman and Juliana N. Murray, Assistant United States Attorneys, of counsel; and based on information attained as a result of the presentence report; the Defendant's guilty plea to Counts One, Two, and Three of the Information and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** JOEL DAVIS, the Defendant, shall pay restitution in the total amount of $20,000. Restitution shall be paid to victims of the offenses charged in Count Two and Count Three of the Superseding Information (the "Victims") set forth in the attached Schedule of Victims. The names, addresses, and specific amounts owed to each Victim are set forth in the Schedule of Victims. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to a new address without further order of this Court.

**2. Payment Schedule.** While the defendant is incarcerated, the defendant shall make payments of $25 per quarter if the defendant is employed in a non-UNICOR position, or shall make payments of 50% of monthly earnings if the defendant is employed in a UNICOR program. Upon the defendant's release from incarceration, the defendant shall make monthly payments of at least 10% of his gross monthly earnings, beginning one month after his release. The payment of

09.10.2013

interest is waived pursuant to 18 U.S.C. § 3612(f)(3)(A). Any payment made that is not payment in full shall be divided proportionately among the Victims.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the Victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York

SEP 1 4 2021

THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2